**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| IN RE: **Juan J. Rodriguez** | Case No. |
| **Sonia D. Rodriguez** | |
| Debtor(s) | Chapter 13 Proceeding |

☐ *AMENDED*    ☐ *MODIFIED*

**DEBTOR(S)' CHAPTER 13 PLAN**

**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

> *Creditors are hereby notified that the following Plan may be amended at any time before confirmation. Any amendment may affect your status as a creditor. The Debtor's estimate of how much the Plan will pay, projected payments, and estimates of the allowed claims may also change. The following information advises creditors of the status of the case based on the information known at the time of its preparation. Any special concerns of a creditor may justify attendance at the Meeting of Creditors and such other action as may be appropriate under the circumstances. More detailed information is on file at the Office of the United States Bankruptcy Clerk in El Paso or Waco, Texas. Local Bankruptcy Rules and Standing Orders on procedures are available at the Clerk's Office and online at www.txwb.uscourts.gov.*
>
> *Use of the singular word "Debtor" in this Plan includes the plural where appropriate.*

**Plan Summary**

A. The Debtor's Plan Payment will be _____**$1,425.00  Monthly**_____, paid by  ☑ Pay Order or ☐ Direct Pay for _____**60 months**_____. The gross amount to be paid into the plan is _____**$85,500.00**_____.

B. The Plan proposes to pay all allowed priority claims in full, all secured claims to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section VI below, and approximately __**53%**___ of each unsecured allowed claim.

THIS PLAN DOES NOT ALLOW CLAIMS. YOU MUST FILE A PROOF OF CLAIM BY THE APPLICABLE DEADLINE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN THAT MAY BE CONFIRMED. CREDITORS ARE REFERRED TO THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, THE LOCAL BANKRUPTCY RULES FOR THE WESTERN DISTRICT OF TEXAS, AND THE APPLICABLE STANDING ORDER RELATING TO CHAPTER 13 CASE ADMINISTRATION FOR THIS DIVISION, FOR INFORMATION ON THESE AND OTHER DEADLINES.

C. The value of the Debtor's non-exempt assets is _____**$0.00**_____.

D. If the payment of any debt is proposed to be paid directly by the Debtor outside the Plan, it is so noted in Section VI(1), set forth below.

**Plan Provisions**

**I. Vesting of Estate Property**

☐ Upon confirmation of the Plan, all property of the estate shall vest in the Debtor and shall not remain as property of the estate.

☑ Upon confirmation of the Plan, all property of the estate shall not vest in the Debtor, but shall remain as property of the estate.

☐ Other (describe):

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE: **Juan J. Rodriguez**                                         Case No.
       **Sonia D. Rodriguez**
                Debtor(s)                                            Chapter 13 Proceeding

☐ *AMENDED*   ☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 1*

### II. Pre-Confirmation Disbursements

In accordance with the applicable Standing Order Relating to Chapter 13 Case Administration, the Debtor requests and consents to disbursement by the Chapter 13 Trustee of payments prior to confirmation of the Plan to evidence the Debtor's good faith, promote successful completion of the case, and to provide adequate protection to secured creditors. The Debtor shall remit such payments to the Trustee commencing 15 days after the filing of the petition. Provided all conditions for disbursement are met and unless otherwise ordered by the Court, the Trustee shall begin disbursing to creditors as provided below, on the first regularly scheduled disbursement after 30 days after the the petition is filed. Payments under this paragraph will cease upon confirmation of the Plan.

| Creditor/Collateral | Pre-Confirmation Payment Amount | Other Treatment Remarks |
|---|---|---|

### III. Executory Contracts/Unexpired Leases/Contracts for Deed

Pursuant to 11 U.S.C. §1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to assume the following executory contracts, unexpired leases, and/or contracts for deed, if any:

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| (None) | | | |

Pursuant to 11 U.S.C. §1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to reject the following executory contracts, unexpired leases, and/or contracts for deed, if any:

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| (None) | | | |

### IV. Motion to Value Collateral Pursuant to 11 U.S.C. § 506

The Trustee shall pay allowed secured claims, which require the filing of a proof of claim, to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section VI(2), hereof, plus interest thereon at the rate specified in this Plan. Except for secured claims for which provision is made to pay the full amount of the claim not withstanding the value of the collateral, the portion of any allowed claim that exceeds the value of the collateral shall be treated as an unsecured claim under Section VI(2)(F).

The Debtor(s) move(s) to value the collateral described below in the amounts indicated. The values as stated below represent the replacement values of the assets held for collateral, as required under Section 506(a)(2). Objections to valuation of collateral proposed by this Motion and Plan must be filed no later than ten (10) days prior to the confirmation hearing date. If no timely response or objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan.

| Creditor / Collateral | Estimated Claim | Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks |
|---|---|---|---|---|---|---|

Form 11/7/05    *Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas -  (210) 561-5300*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE: **Juan J. Rodriguez**  Case No.
**Sonia D. Rodriguez**
Debtor(s)  Chapter 13 Proceeding

☐ *AMENDED*    ☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 2*

"I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on _____ ."

_____     _____
Debtor                              Joint Debtor

### V. Motion to Avoid Lien Pursuant to 11 U.S.C. § 522(f)

The Bankruptcy Code allows certain liens to be avoided. If a lien is avoided, the claim will not be treated as a secured claim but as an unsecured claim under Section VI(2)(F).

The Debtor moves to avoid the following liens that impair exemptions. Objections to lien avoidance as proposed in this Plan must be filed no later than ten (10) days prior to the confirmation hearing date. If no timely objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan. (Debtor must list the specific exempt property that the lien impairs and the basis of the lien--e.g., judicial lien, nonpurchase-money security interest, etc.)

| Creditor / Property subject to lien | Amount of Lien to be Avoided | Remarks |
|---|---|---|
| | | |

### VI. Specific Treatment for Payment of Allowed Claims

**1. PAYMENTS TO BE MADE BY THE DEBTOR DIRECTLY TO CREDITORS, INCLUDING POST-PETITION DOMESTIC SUPPORT OBLIGATIONS**

**A.** Debtor(s) shall pay the following creditors directly. Creditors with claims based on a post-petition domestic support obligation ("DSO"), including all governmental units to which a DSO claim has been assigned, or is owed, or that may otherwise recover a DSO claim, MUST be paid directly. Minors should be identified by their initials only. If no DSO creditor is listed, the Debtor represents he/she has no domestic support obligation.

All direct payments listed below shall be made in addition to the Plan payments made by Debtor to the Chapter 13 Trustee as herein set forth. Secured creditors who are paid directly shall retain their liens, and the Debtor(s) shall maintain insurance on the collateral, in accordance with the terms of the documents creating the lien on the collateral.

| Creditor / Collateral, if any (including the name of each DSO creditor) | Remarks | Debt Amount | Payment Amount/Interval |
|---|---|---|---|
| Tax Assessor/Collector 6165 Sand River, El Paso, TX | 2015 & Future Tax - Escrowed | | |
| Wells Fargo Home Mortgage 6165 Sand River, El Paso, TX | | $109,077.00 | $1,186.00 |

**B.** Debtor surrenders the following collateral. Confirmation of the Plan shall operate to lift the automatic stay provided by 11 U.S.C. § 362(a) with respect to the collateral listed, and any unsecured deficiency claim may be filed in accordance with the procedures set forth in the Standing Order Relating to Chapter 13 Case Administration for this Division.

| Creditor/Collateral | Collateral to Be Surrendered |
|---|---|
| | |

Form 11/7/05    *Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE: **Juan J. Rodriguez**  Case No.
**Sonia D. Rodriguez**
Debtor(s)  Chapter 13 Proceeding

☐ *AMENDED*   ☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 3*

---

**2. PAYMENTS TO BE MADE BY TRUSTEE TO CREDITORS**

**A.** Administrative Expenses

Administrative Expenses shall include the Trustee's commission and debtor's attorney's fees. The Trustee shall receive up to 10% of all sums received. No fees or expenses of counsel for the debtor(s) may be paid until the filing fee is paid in full, and any fees and expenses that are allowed in addition to the fees and expenses originally agreed to be paid, may be paid only after all prior allowed fees and expenses have been paid.

| Creditor | Estimated Amount of Debt | Payment Method: before secured creditors, after secured creditors, or along with secured | Remarks |
|---|---|---|---|
| Martinez Law Firm | $2,760.00 | Along With | |

**B.** Priority Claims, Including Domestic Support Obligation Arrearage Claims

| Creditor | Estimated Amount of Debt | Payment Method: before secured creditors, after secured creditors, or along with secured | Remarks |
|---|---|---|---|
| | | | |

**C.** Arrearage Claims

| Creditor / Collateral | Estimated Claim | Estimated Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks |
|---|---|---|---|---|---|---|
| | | | | | | |

**D.** Cure Claims on Assumed Contracts, Leases, and Contracts for Deed

| Creditor/Subject Property, if any | Estimated Amount of Cure Claim | Monthly Payment or Method of Disbursement | Remarks |
|---|---|---|---|
| | | | |

**E.** Secured Creditors

Secured creditors shall retain their liens on the collateral that is security for their claims until the earlier of the date the underlying debt, as determined under non-bankruptcy law, has been paid in full, or the date of discharge under 11 U.S.C. § 1328. Therefore, if the debtor's case is dismissed or converted without completing of all Plan payments, the liens shall be retained by the creditors to the extent recognized by applicable non-bankruptcy law.

| Creditor/Collateral | Estimated Claim | Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks (specifically note if claim amount to be paid although greater than value of collateral) |
|---|---|---|---|---|---|---|
| GECU 2015 Nissan Quest | $37,129.00 | $37,129.00 | Pro-Rata | 5.25% | $40,189.42 | |

**F.** General Unsecured Creditors (including claims from rejection of contracts, leases and contracts for deed).
*Describe treatment for the class of general unsecured creditors.*

General Unsecured Creditors will receive approximately ___**53%**___ of their allowed claims.

Form 11/7/05   *Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE: **Juan J. Rodriguez**             Case No.
       **Sonia D. Rodriguez**
            Debtor(s)             Chapter 13 Proceeding

☐ *AMENDED*     ☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 4*

| Creditor | Estimated Debt | Remarks |
|---|---|---|
| Advanced Call Center Tech | | |
| American Express | $3,944.00 | |
| Atherotech | $40.00 | |
| Bank of America | | |
| Best Buy | $3,321.00 | |
| Capital One/Polrs | | |
| Care Credit/SYNCB | $5,080.00 | |
| CBNA | | |
| CBNA | | |
| CBNA | | |
| Central Credit Services, LLC | | |
| Chevron/SYNCB | | |
| Citibank | | |
| Dillards Card Services/WF | $845.00 | |
| El Paso Heart Center PA | $68.00 | |
| Erasto Cortes, MD | $63.00 | |
| Evolve Federal Credit Union | $9,187.00 | |
| GECU | $1,411.00 | cross-coll. |
| Great Plains Laboratory | $1,893.00 | |
| Great Plains Laboratory Inc. | | |
| HCFS Healthcare Financial Serv | $354.00 | |
| Imaging El Paso | $522.00 | |
| JC Penney | $161.00 | |
| Kohls/Capital One | $2,005.00 | |
| Linebarger, Goggan, Blair & Sampson | | |
| North Shore Agency | | |
| Providence Imaging Consultants PA | $89.00 | |
| Providence Memorial Hospital | $72.00 | |
| Sams Club/SYNCB | $9,810.00 | |
| Snap Diagnostics, LLC | $250.00 | |
| SYNCB/Amazon | $701.00 | |
| Teachers Federal Cr. Un. | $17,356.00 | |
| Texas Tech | $65.00 | |
| Time Warner | $453.00 | |
| Toys R Us | $2,323.00 | |
| US Bank | $2,165.00 | |
| Verizon Wireless | $1,392.00 | |
| Wal-Mart | $1,045.00 | |
| Wells Fargo | | |

Form 11/7/05     *Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE: **Juan J. Rodriguez**                          Case No.
       **Sonia D. Rodriguez**
             Debtor(s)                                            Chapter 13 Proceeding

☐ *AMENDED*     ☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**
*Continuation Sheet # 5*

---

**Totals:**

| | |
|---|---|
| Administrative Claims | **$2,760.00** |
| Priority Claims | **$0.00** |
| Arrearage Claims | **$0.00** |
| Cure Claims | **$0.00** |
| Secured Claims | **$37,129.00** |
| Unsecured Claims | **$64,615.00** |

**VII. Supplemental Plan Provisions**

The following are the Supplemental Plan Provisions:

:

A. Pursuant to 11 U.S.C.§1322(a)(1) of the Bankruptcy Code, the Debtor(s) shall submit all or such portion of future earnings or ther future income of the debtor to the supervision and control of the trustee as is necessary for the execution of the plan.

B. The Debtor(s) further agree, to report to the Trustee any changes in income that would necessitate modifying their plan by either increasing or decreasing their plan payment or increasing or decreasing the percentage payout to unsecured creditors.

C. Confirmation to the Plan shall constitute authority for creditors, such as lien-holders on real propeprty and lien-holders on vehicles, especially where the creditor is scheduled as "direct pay" or "outside," to send monthly statements as a convenience to the Debtor(s) and such statements shall not be considered a violation of the provisions of the automatic stay.

D. If any unscheduled creditor files a timely claim, with proper attachments, the Plan will provide for that claim as filed unless objectted to by the Debtor. The secured creditors will be paid 8% interest.

E. If additional funds become available, creditors may receive higher monthly payments.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| IN RE: **Juan J. Rodriguez** | Case No. |
| **Sonia D. Rodriguez** | |
| Debtor(s) | Chapter 13 Proceeding |

☐ *AMENDED*   ☐ *MODIFIED*

**DEBTOR(S)' CHAPTER 13 PLAN**

**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 6*

---

Respectfully submitted this date:   __**1/26/2016**_____.

/s/ Eric M. Martinez
Eric M. Martinez
5601 Montana Ave., Suite A
El Paso, TX  79925
Phone: (915) 490-0063
(Attorney for Debtor)

/s/ Juan J. Rodriguez
Juan J. Rodriguez
6165 Sand River
El Paso, TX 79932
(Debtor)

/s/ Sonia D. Rodriguez
Sonia D. Rodriguez
6165 Sand River
El Paso, TX 79932
(Joint Debtor)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE: **Juan J. Rodriguez**  CASE NO.
*Debtor*

**Sonia D. Rodriguez**  CHAPTER  **13**
*Joint Debtor*

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on January 26, 2016, a copy of the attached Chapter 13 Plan, with any attachments, was served on each party in interest listed below, by placing each copy in an envelope properly addressed, postage fully prepaid in compliance with Local Rule 9013 (g).

**/s/ Eric M. Martinez**
Eric M. Martinez
Bar ID:24034822
Martinez Law Firm
5601 Montana Ave., Suite A
El Paso, TX  79925
(915) 490-0063

| | | |
|---|---|---|
| Advanced Call Center Tech<br>2646<br>P.O. Box 9091<br>Gray, TN 37615 | Bank of America<br>P.O. Box 982235<br>El Paso, TX 79998 | CBNA<br>xxxx-9414<br>P.O. Box 6497<br>Sioux Falls, SD 57117 |
| American Express<br>x3008<br>P.O. Box 981537<br>El Paso, TX 79998 | Best Buy<br>P.O. Box 15521<br>Wilmington, DE 19850 | CBNA<br>xxxx-xxxx-6963<br>P.O. Box 6497<br>Sioux Falls, SD 57117 |
| Atherotech<br>xxx4133<br>P.O. Box 1118<br>Birmingham, AL 35201 | Capital One/Polrs<br>xxxxxxx2213<br>P.O. Box 71083<br>Charlotte, NC 28272 | CBNA<br>xxxx-xxxx-8125<br>P.O. Box 6497<br>Sioux Falls, SD 57117 |
| Attorney General of the United States<br>Dept of Justice<br>950 Pennsylvania NW<br>Washington, DC 20530 | Care Credit/SYNCB<br>P.O. Box 965036<br>Orlando, FL 32896 | Central Credit Services, LLC<br>xx9751<br>P.O. Box 358<br>Ramsey, NJ 07446 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE: **Juan J. Rodriguez**             CASE NO.
*Debtor*

**Sonia D. Rodriguez**             CHAPTER **13**
*Joint Debtor*

## CERTIFICATE OF SERVICE
(Continuation Sheet #1)

| | | |
|---|---|---|
| Chevron/SYNCB<br>xxxx-5910<br>P.O. Box 965036<br>Orlando, FL 32896 | Great Plains Laboratory<br>xxxx7467<br>c/o Credit World Serv., Inc.<br>6000 Martway St.<br>Mission, KS 66202 | Juan J. Rodriguez<br>6165 Sand River<br>El Paso, TX 79932 |
| Citibank<br>xxxx-1808<br>P.O. Box 20363<br>Kansas City, MO 64195 | Great Plains Laboratory Inc.<br>xx7527<br>11813 W. 77th St.<br>Overland Park, KS 66214 | Kohls/Capital One<br>P.O. Box 3115<br>Milwaukee, WI 53201 |
| Dillards Card Services/WF<br>P.O. Box 522<br>Des Moines, IA 50306 | HCFS Healthcare Financial Serv<br>xxxxxxxx-xxx-x4516<br>Akron Billing Center<br>3585 Ridge Park Dr.<br>Akron, OH 44333 | Linebarger, Goggan, Blair & Sampson<br>xxxxxxxxxx0200<br>711 Navarro, S-300<br>San Antonio, TX 78205 |
| El Paso Heart Center PA<br>xxxxx-xxxx9315<br>101 Rim Rd., S-300<br>El Paso, TX 79902 | Imaging El Paso<br>4257<br>2930 N. Stanton St.<br>El Paso, TX 79902 | North Shore Agency<br>xxxxxxxxxx0001<br>270 Spagnoli Rd., S-110<br>Melville, NY 11747 |
| Erasto Cortes, MD<br>xx8940<br>723 Wellesley Rd.<br>El Paso, TX 79902 | Internal Revenue Service<br>Special Procedures Staff<br>Stop 5022 AUS, 300 E. 8th St.<br>Austin, TX 78701 | Providence Imaging Consultants PA<br>xxxxxx-xPIC1<br>P.O. Box 3180<br>Indianapolis, IN 46206 |
| Evolve Federal Credit Union<br>8840 Gazelle Dr.<br>El Paso, TX 79925 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101 | Providence Memorial Hospital<br>xxxxx4910<br>P.O. Box 830913<br>Birmingham, AL 35283 |
| GECU<br>P.O. Box 20998<br>El Paso, TX 79998 | JC Penney<br>Attn: Bankruptcy Dept.<br>P.O. Box 965007<br>Orlando, FL 32896 | Sams Club/SYNCB<br>P.O. Box 965005<br>Orlando, FL 32896 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE: **Juan J. Rodriguez**            CASE NO.
*Debtor*

**Sonia D. Rodriguez**            CHAPTER    **13**
*Joint Debtor*

**CERTIFICATE OF SERVICE**
(Continuation Sheet #2)

| | |
|---|---|
| Snap Diagnostics, LLC<br>xx2910<br>5210 Capitol Dr.<br>Wheeling, IL 60090 | United States Attorney<br>601 N.W. Loop 401, Suite 600<br>San Antonio, TX 78216 |
| SYNCB/Amazon<br>P.O. Box 965036<br>Orlando, FL 32896 | US Bank<br>P.O. Box 790179<br>Saint Louis, MO 63179 |
| Tax Assessor/Collector<br>xxxxxxxxxx0200<br>P.O. Box 2992<br>El Paso, TX 79999 | Verizon Wireless<br>xxxxxxxxxx0001<br>P.O. Box 660108<br>Dallas, TX 75266 |
| Teachers Federal Cr. Un.<br>12020 Rojas Dr.<br>El Paso, TX 79936 | Wal-Mart<br>Atttn: Bankruptcy Dept<br>P.O. Box 103104<br>Roswell, GA 30076 |
| Texas Tech<br>4800 Alberta<br>El Paso, TX 79905 | Wells Fargo<br>xx6542<br>P.O. Box 94498<br>Las Vegas, NV 89193 |
| Time Warner<br>xxxxxxxxxxxx2210<br>7010 Airport Rd.<br>El Paso, TX 79906 | Wells Fargo Home Mortgage<br>xxxxx0361<br>P.O. Box 10335<br>Des Moines, IA 50306 |
| Toys R Us<br>2646<br>P.O. Box 965005<br>Orlando, FL 32896 | |